# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KIEL T. GREENLEE,

        Plaintiff,    :    Case No. 3:20-cv-023

                      District Judge Walter H. Rice
- vs -                    Magistrate Judge Michael R. Merz

JUDGE ROBERT W. RETTIC, III, et al.,

        Defendants.    :

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby transferred from The Honorable Sharon L. Ovington to The Honorable Michael R. Merz. Plaintiff has filed a habeas corpus case involving the same underlying controversy as the above case. All habeas corpus cases at Dayton at automatically referred to Magistrate Judge Merz under General Order Day 13-01 and his service for this Court as a recalled Magistrate Judge is generally limited to habeas corpus cases. Transfer of the Magistrate Judge reference in this case will permit coordination of the two cases.

February 13, 2020.

                                                  s/ *Michael R. Merz*
                                             United States Magistrate Judge