# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KIEL T. GREENLEE,

        Plaintiff,    :    Case No. 3:20-cv-023

                                District Judge Walter H. Rice
  - vs -                      Magistrate Judge Michael R. Merz

JUDGE ROBERT W. RETTICH, III, et al,

        Defendants.    :

## NOTICE TO *PRO SE* PLAINTIFF

You are hereby notified that Defendant Judges Robert W. Rettich, Frederick W. Dressel, and James F. Long filed with the Court on February 27, 2020, a motion to dismiss your claims against them in this case (ECF No. 8). You should receive a copy of the motion directly from the Defendant(s).

Under the rules of this Court (S.D. Ohio L.R. 7.2), you are allowed twenty-one days from the date of service (February 27, 2020) to file a response to this motion. Your response must be filed with the Court not later than March 19, 2020.

February 28, 2020.

                                                            s/ *Michael R. Merz*
                                                  United States Magistrate Judge