# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KIEL T. GREENLEE,

               Plaintiff,    :    Case No. 3:20-cv-023

                                          District Judge Walter H. Rice
  - vs -                              Magistrate Judge Michael R. Merz

JUDGE ROBERT W. RETTICH, III, et al,

               Defendants.    :

---

## NOTICE TO *PRO SE* PLAINTIFF

---

      You are hereby notified that Defendant John D. Everett filed with the Court on February 27, 2020, a motion to dismiss your claims against him in this case (ECF No. 11). You should receive a copy of the motion directly from the Defendant.

      Under the rules of this Court (S.D. Ohio L.R. 7.2), you are allowed twenty-one days from the date of service (February 28, 2020) plus three days because you were served by regular mail, to file a response to this motion. Your response must be filed with the Court not later than March 23, 2020.

February 28, 2020.

                                                              s/ *Michael R. Merz*
                                                           United States Magistrate Judge