# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KIEL T. GREENLEE,

                Plaintiff,     :     Case No. 3:20-cv-023

                                    District Judge Walter H. Rice
- vs -                             Magistrate Judge Michael R. Merz

JUDGE ROBERT W. RETTICH, III, et al,

                Defendants.     :

## NOTICE TO *PRO SE* PLAINTIFF

       You are hereby notified that Defendants Lori Denlinger and Chantelle Jennings filed with the Court on March 3, 2020, a motion to dismiss your claims against him in this case (ECF No. 13). You should receive a copy of the motion directly from the Defendant.

       Under the rules of this Court (S.D. Ohio L.R. 7.2), you are allowed twenty-one days from the date of service (March 3, 2020), to file a response to this motion. Your response must be filed with the Court not later than March 24, 2020. (If you were served by regular mail, the time for response is extended by three days.)

March 4, 2020.

                                                        s/ *Michael R. Merz*
                                               United States Magistrate Judge