# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KIEL T. GREENLEE,

      Plaintiff,  :  Case No. 3:20-cv-023

           District Judge Walter H. Rice
-  vs  -        Magistrate Judge Michael R. Merz

JUDGE ROBERT W. RETTICH, III, et al,

      Defendants.  :

## RECOMMITTAL ORDER

This case is before the Court on Plaintiff's Objections (ECF No. 24) to the Magistrate Judge's March 23, 2020, Reports and Recommendations (ECF No. 17, 18).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge.  Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

April  14 , 2020.

                 /s/ Walter H. Rice (tp - per Judge Rice authorization)
                    Walter H. Rice
                   United States District Judge