# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KIEL T. GREENLEE,

                Plaintiff,      :      Case No. 3:20-cv-023

                                    District Judge Walter H. Rice
- vs -                                    Magistrate Judge Michael R. Merz

JUDGE ROBERT W. RETTICH, III, et al,

                Defendants.      :

## DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS ON SECOND MOTION FOR PRELIMINARY INJUNCTION

This case under 42 U.S.C. § 1983, brought *pro se* by Plaintiff Kiel Greenlee, is before the Court on the Magistrate Judge's Report and Recommendations (ECF No. 23) recommending denial of Plaintiff's Second Motion for Temporary Emergency Injunction (ECF No. 21).  The Report was filed and served March 24, 2020.  In it Plaintiff was advised that any objections he might have to the Report were due to be filed not later than seventeen days later or by April 10, 2020.  No such objections have been filed and the time within which to objects has expired. Accordingly, the Report and Recommendations are adopted and Plaintiff's Second Motion for

1

Temporary Emergency Injunction (ECF No. 21) is DENIED.

April 23, 2020.

/s/ Walter H. Rice (tp - per Judge Rice authorization after his review)

Walter H. Rice
United States District Judge