# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KIEL T. GREENLEE,

|  |  |  |  |
|---|---|---|---|
| | Plaintiff, | : | Case No. 3:20-cv-023 |
| | | | |
| | | | District Judge Walter H. Rice |
| - vs - | | | Magistrate Judge Michael R. Merz |

JUDGE ROBERT W. RETTICH, III, et al,

|  |  |  |
|---|---|---|
| | Defendants. | : |

---

# DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS

---

This action, brought *pro se* by Plaintiff Kiel T. Greenlee under 42 U.S.C. § 1983 against Judge Robert W. Rettich, Judge Frederick Dressel, Judge James F. Long (collectively, the "Judicial Defendants"), prosecuting attorneys Lori Denlinger and John Everett, and Miamisburg Municipal Court Chief Probation Officer Chantelle Jennings is before the Court on the Magistrate Judge's Report and Recommendations recommending that the Complaint herein be dismissed as to Denlinger, Everett, and Jennings (ECF No. 26) and the Supplemental Report and Recommendations recommending that the Complaint be dismissed as to the Judicial Defendants (ECF No. 27).

As to both Reports, Plaintiff was notified of his obligation to file objections, if he had any, not later than seventeen days after the Reports were filed on April 23, 2020.  Thus his time to object expired on May 11, 2020, and he has filed no objections.  Accordingly, both Reports are

1

ADOPTED and the Complaint is dismissed without prejudice as to any constitutional claims over which this Court has habeas corpus jurisdiction and with prejudice as to all other claims.

This Order disposes of all claims against all Defendants.  Accordingly the Clerk will enter judgment dismissing the case and terminating it on the docket of this Court.  The Court hereby certifies to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

May 21, 2020.

Walter H. Rice
United States District Judge